UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>RYAN A. JACKLIN,<br><br>      Defendant. | Case No. 17-cr-40026-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on defendant Ryan A. Jacklin's motion to "clarify" his sentence to specify that he should receive sentence credit for 24 months he spent in jail related to this case (Doc. 72).

The Court has no jurisdiction in Jacklin's criminal proceeding to order he receive sentence credit for jail time. Once the Court sentences a defendant, it can only revisit that sentence in limited circumstances, none of which apply here. *United States v. Wiggins*, 798 F. App'x 949, 950 (7th Cir. 2020) (citing *United States v. Johnson*, 571 F.3d 716, 717 (7th Cir. 2009)). Jacklin is challenging the Bureau of Prisons' ("BOP") computation of his sentence, but that is a matter committed in the first instance to the Attorney General, through the BOP, not the sentencing court. *United States v. Wilson*, 503 U.S. 329, 334 (1992); *United States v. Walker*, 917 F.3d 989, 993-94 (7th Cir. 2019). If a prisoner disagrees with the BOP's computation of his sentence, including sentence credit, he may seek administrative review and then file a petition under 28 U.S.C. § 2241 in the district of his confinement. *Walker*, 917 F.3d at 994 (citing *Jake v. Herschberger*, 173 F.3d 1059, 1063 (7th Cir. 1999); *United States v. Koller*, 956 F.2d 1408, 1417 (7th Cir. 1992)). This Court does not have jurisdiction to grant the relief Jacklin seeks. *See Walker*, 917 F.3d at 993-94 (citing *United States v. McGee*, 60 F.3d 1266, 1272 (7th Cir. 1995));

*United States v. Ross*, 219 F.3d 592, 594 (7th Cir. 2000).

Accordingly, the Court **DISMISSES** Jacklin's motion (Doc. 72) and **DIRECTS** the Clerk of Court to send him a form for filing a petition under 28 U.S.C. § 2241, which should assist him in filing a petition in the jurisdiction of his incarceration after he exhausts his administrative remedies.

**IT IS SO ORDERED.**
**DATED:  September 8, 2021**

                                                s/ J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**